# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MAURICE B. WALTERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civ. A. No. 1:25-cv-01638-ELR |
| | ) | |
| CITY OF SUWANEE, BRANDON WARREN, and LOWE'S HOME CENTERS, LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ATTACHMENT A TO INITIAL DISCLOSURES OF DEFENDANTS CITY OF SUWANEE AND BRANDON WARREN

Defendants City of Suwanee and Brandon Warren identify the following documents, data compilations or other electronically stored information, and tangible things in their possession, custody, or control that they may use to support their claims or defenses, unless solely for impeachment, as follows:

(1) Case 2023-03725 documentation;

(2) Dash Camera Video of attempted traffic stop (1 video);

(3) Body Camera Video of investigation by Cpl. Warren (8 videos);

(4) Text messages between Cpl. Warren and Bryan Haire;

(5) Two videos sent by Haire to Warren by text message;

(6) E-mails between Cpt. Warren and Bryan Haire;

(7) GIRMA Member Coverage Agreement (City of Suwanee);

NOTE:    The City Defendants may also rely on any documentary or other evidence, including ESI, that is identified and/or produced during discovery by other parties in this action, including such evidence that is identified in written discovery, obtained from other parties or non-parties, or identified during deposition testimony.