IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MAURICE B. WALTERS,      \*
                                \*
    Plaintiff,         \*
                                \*
vs.                    \*    CASE NO. 1:25-cv-01638-ELR
                                \*
CITY OF SUWANEE, and    \*
BRANDON WARREN,        \*
                                \*
    Defendants.        \*

## CERTIFICATE OF SERVICE

I certify that on July 21, 2026, I served pdf copies of:

1.    Rule 45 subpoena to Lowe's Home Centers, LLC

2.    Rule 45 subpoena to Clerk, Magistrate Court of Gwinnett County

3.    Rule 45 subpoena to Flock Safety, Inc.

4.    Rule 45 subpoena to Carnival Corporation

by email to:

Scott W. Kelly, Esq.
(skelly@fulcherlaw.com)

This 21st day of July, 2026.

BY: /s/ Cary S. Wiggins
Cary S. Wiggins
Ga. Bar No. 757657

WIGGINS LAW GROUP, LLC
Suite 804
260 Peachtree St., NW
Atlanta, GA 30303
Telephone: (404) 659-2880
www.wigginslawgroup.com
cary@wigginslawgroup.com